**Gary W. Osborne (Bar No. 145734)**
**Dominic S. Nesbitt (Bar No. 146590)**
OSBORNE & NESBITT LLP
501 West Broadway, Suite 1760
San Diego, California  92101
Phone: (619) 557-0343
Fax: (619) 557-0107

Attorneys for Interested Party,
SOUTH BAY EXPRESSWAY, L.P.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTAY RIVER CONSTRUCTORS, a joint venture of the WASHINGTON GROUP INTERNATIONAL, INC. and FLUOR ENTERPRISES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY, an Illinois corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 06-CV-2631-BTM (WMC)<br><br>**STIPULATION PERMITTING SOUTH BAY EXPRESSWAY, L.P. TO INTERVENE AS A PARTY TO THIS ACTION**<br><br><br>I/C JUDGE:  Hon. Barry T. Moskowitz |

WHEREAS, on October 31, 2006, Otay River Constructors ("ORC") filed suit against Zurich American Insurance Company ("Zurich") asserting claims for breach of insurance contract, breach of implied covenant of good faith and fair dealing, and declaratory relief.

WHEREAS, South Bay Expressway L.P. ("SBX") believes that it has a significantly protectable interest relating to the subject matter of the action, that the disposition of the action may impair or impede SBX's ability to protect its interest absent intervention, and that SBX's interest is not adequately represented by ORC or Zurich.

///

WHEREAS, ORC is agreeable to the filing of the Answer in Intervention as a procedural matter pursuant to this Stipulation, without waiver of, or prejudice to, its rights, defenses or positions in this or any other action, or to the Answer in Intervention.

WHEREAS, Zurich is agreeable to the filing of the Answer in Intervention as a procedural matter pursuant to this Stipulation, without waiver of, or prejudice to, its rights, defenses or positions in this or any other action;

NOW, THEREFORE, SBX, ORC and Zurich hereby stipulate, subject to this Court's approval, as follows:

1. SBX may intervene as a party to this action; and

2. SBX shall be permitted to file its Answer in Intervention, lodged concurrently with this stipulation.

**IT IS SO STIPULATED:**

LUCE FORWARD HAMILTON & SCRIPPS LLP

DATED: March 5, 2007        By: //s// Scott W. Sonne
                                Scott W. Sonne, Esq.
                                Attorneys for Plaintiff,
                                Otay River Constructors

COZEN O'CONNOR

DATED: March 16, 2007       By: //s// Joann Selleck
                                Joann Selleck, Esq.
                                Attorneys for Defendant,
                                Zurich American Insurance Company

OSBORNE & NESBITT LLP

DATED: March 16, 2007       By: //s// Gary W. Osborne
                                Gary W. Osborne, Esq.
                                Attorneys for Defendant-in-Intervention,
                                South Bay Expressway, L.P.

IT IS SO ORDERED.

DATED: March 22, 2007

Hon. Barry Ted Moskowitz
United States District Judge