1  Scott W. Sonne, SB# 067618
   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
2  600 West Broadway, Suite 2600
   San Diego, California 92101-3372
3  Telephone: 619.236.1414
   Facsimile: 619.232.8311
4

5  Attorneys for plaintiff Otay River Constructors

6

7

8                   UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| OTAY RIVER CONSTRUCTORS, a joint venture of the WASHINGTON GROUP INTERNATIONAL, INC. and FLUOR ENTERPRISES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZURICH AMERICAN INSURANCE COMPANY, an Illinois corporation, and DOES 1 through 10, inclusive, <br><br> Defendant. <br><br> SOUTH BAY EXPRESSWAY, LP., a California limited partnership, <br><br> Defendant-In-Intervention. | Case No. 06CV 2631BTM (WMc) <br><br> **ORDER RE RESOLUTION OF INSURANCE ISSUES BETWEEN PLAINTIFF AND DEFENDANT-IN-INTERVENTION** <br><br> The Hon. Barry T. Moskowitz |

   Pursuant to the stipulation between plaintiff, OTAY RIVER CONSTRUCTORS ("ORC"), and defendant-in-intervention, SOUTH BAY EXPRESSWAY, LP ("SBX"), and good cause appearing therefor,

   IT IS HEREBY ORDERED that pursuant to ORC's complaint, SBX's answer-in-intervention, and the stipulation between ORC and SBX, the Court is empowered to resolve all disputes between ORC and SBX pertaining to the amount and/or apportionment

1  of any deductible liability that may exist in connection with ORC's claim for insurance
2  benefits under the Zurich policy which is the subject of this action.
3      IT IS SO ORDERED.

6  Dated: May 8, 2007

                                        *Barry Ted Moskowitz* (signature)
The Honorable Barry T. Moskowitz.
Unites States Magistrate Judge

2