```
                                                                FILED
                                                          2007 JUN -8 AM 8:50
                                                          CLERK US DISTRICT COURT
                                                        SOUTHERN DISTRICT OF CALIFORNIA

                                                        BY_____RO_____DEPUTY
```

1  Joann Selleck (California Bar No. 145557)
   COZEN O'CONNOR
2  501 West Broadway, Suite 1610
   San Diego, CA 92101
3  Telephone: 619.234.1700
   Facsimile: 619.234.7831
4
   Attorneys for Defendant
5  ZURICH AMERICAN INSURANCE COMPANY

6

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 OTAY RIVER CONSTRUCTORS, a joint venture  )  Case No.: 06CV 2631BTM (WMc)
   of THE WASHINGTON GROUP                   )
12 INTERNATIONAL, INC. and FLUOR             )  STIPULATION REGARDING
   ENTERPRISES, INC.,                        )  EXPERT WITNESS DISCOVERY
13                                           )
              Plaintiff,                     )
14                                           )
       vs.                                   )
15                                           )
   ZURICH AMERICAN INSURANCE COMPANY,        )  The Hon. William McCurine, Jr.
16 an Illinois Corporation                   )
                                             )
17           Defendant.                      )
   _____)
18 SOUTH BAY EXPRESSWAY, L.P., a California  )
   limited partnership,                      )
19                                           )
             Defendant-In-Intervention.      )
20 _____)

21       The parties hereto hereby stipulate and agree, subject to the approval of the Court that, given

22 the pendancy of further settlement discussions, including the August 1, 2007 settlement conference

23 scheduled with Judge McCurine, and in order to avoid incurring unnecessary costs if indeed this

24 lawsuit can be settled, the parties have agreed to request amendment of the Court's Scheduling Order

25 of March 27, 2007 as follows:

26       1.      The parties shall disclose the identity of their respective experts, in writing, and by

27 both e-mail and fax to all other parties by **August 10, 2007**.

28

---

STIPULATION REGARDING EXPERT WITNESS DISCOVERY (CASE NO. 06CV 2631BTM (WMC)

2. The date for the disclosure of the identity of rebuttal experts (in writing and by fax and e-mail to all other parties) shall be on or before **August 24, 2007**.

2. The date for the disclosure of the identity of rebuttal experts (in writing and by fax and e-mail to all other parties) shall be on or before **August 24, 2007**.

3. On or before **August 31, 2007**, each party shall comply with the disclosure provisions of Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, which disclosures shall be made by personal delivery and/or e-mail to all parties on that date.

4. Any party shall supplement its disclosure regarding contradictory or rebuttal evidence under Rule 26(a)(2)(c) on or before **September 28, 2007**, which disclosures shall be personally served on all of the parties no later than that date and/or made by e-mail.

5. Expert discovery only is extended to allow for completion of expert discovery only on or before **October 23, 2007**.

6. All other dates and provisions as set forth in the Court's Scheduling Order of March 27, 2007 will remain the same.

IT IS HEREBY STIPULATED AS SET FORTH ABOVE:

DATED: June 4, 2007

LUCE FORWARD HAMILTON & SCRIPPS

By: _____
SCOTT SONNE
Attorney for Plaintiff, Otay River Constructors

DATED: 6/4/07

COZEN O'CONNOR

By: _____
JOANN SELLECK
Attorneys for Defendant,
Zurich American Insurance Company

2

STIPULATION REGARDING EXPERT WITNESS DISCOVERY (CASE NO. 06CV 2631BTM (WMC)

DATED: 6/6/07

OSBORNE & NESBITT

By: _____
GARY W. OSBORNE
Attorneys for Defendant-in-Intervention,
South Bay Expressway, L.P.

IT IS ORDERED:

DATED: 6/6/07

_____
HON. WILLIAM MCCURINE, JR.

SAN_DIEGO\364041\1 177635.000